UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARTHA H. GUTIERREZ and T.B. GONZALEZ a/k/a TERESA B. GONZALEZ, individually and d/b/a Elva's Club;<br><br>Defendants. | CASE NO. CV 04-2308-ER (PJWx)<br><br>RENEWAL OF DEFAULT JUDGMENT BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants MARTHA H. GUTIERREZ and T.B. GONZALEZ a/k/a TERESA B. GONZALEZ, individually and d/b/a Elva's Club, the Judgment entered on 9/29/04 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment     $38,760.00
    b. Costs after judgment     $
    c. Attorneys fees:     $
    d. Subtotal (*add a and b*)     $38,760.00

```
e. Credits after judgment                        $   -0-
f. Subtotal (subtract d from c)                  $38,760.00
g. Interest after judgment                       $ 9,518.80
h. Fee for filing renewal application            $   -0-
i. Total renewed judgment (add e, 5, and g)      $48,278.80
```

DATED: 7/30/2014            CLERK, by  J. Remigio                    ,
                            Deputy

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5 / JS-6
JS-2 / JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Martha H. Gutierrez, et al., <br><br> Defendant. | Case No. CV 04-2308 ER (PJWx) <br><br> JUDGMENT ~~(Proposed)~~ |

Default having been entered in this action on May 27, 2004, the Application for all declarations in support of default judgment having been filed on or about August 2, 2004, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JUDGMENT ~~(Proposed)~~
CASE NO. CV 04-2308 ER (PJWx)
PAGE 1



IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendants Martha H. Gutierrez and T.B. Gonzalez a/k/a Teresa B. Gonzalez, individually and d/b/a Elva's Club and in favor of Garden City Boxing Club, Inc., as follows:

a. 47 U.S.C. § 553 (b)(2) and (c)2(c): ER $ 6,000.00 ER as statutory damages plus $ 30,000.00 as damages for willful violation;

Total: $ 36,000.00 ER

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $ 36,000.00 ER plus attorneys' fees in the amount of $2,760.00 ER, for total of $ 38,760.00 ER and costs in the amount of to be claimed on a costs bill.

ITS SO ORDERED:

_Edward Rafeedie_  
The Honorable Edward Rafeedie  
Senior Justice of the United States District Court  
Central District of California

Dated: SEP 29 2004

JUDGMENT [Proposed] ER  
CASE NO. CV 04-2308 ER (PJWx)  
PAGE 2

# PROOF OF SERVICE

MARTHA H. GUTIERREZ and
T.B. GONZALEZ a/k/a TERESA B. GONZALEZ,
individually and d/b/a Elva's Club
2484 E. Florence Avenue
Huntington Park, CA 90255

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

SECOND CORRECTED APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2014.

/s/ Karene Jen
Karene Jen